# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** — Short Form |
|---|---|
| v. | CASE NUMBER: 12-PO-00138-DLW |
| JOY A. PAIZ | JOSHUA MACK (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count Three of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 16 USC 3 and 36 C.F.R. 4.22(b)(3) | Failing to Maintain Control of a Motor Vehicle | June 9, 2012 | Three |

Counts One and Two are dismissed on the motion of the United States.

## UNSUPERVISED PROBATION

The Defendant is placed on unsupervised probation for a period of one (1) year with the following special conditions:

1. Defendant shall perform 30 hours of useful public service at the Montrose, Colorado Humane Society and furnish written proof of completion to the Court.

2. Defendant must pay the fine and special assessment fee as ordered below.

3. Defendant shall not enter into Mesa Verde National Park during the term of her unsupervised probation.

4. The Defendant shall have no violation(s) of any federal, state or local statute or regulation during the term of her unsupervised probation.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | **Assessment** | **CVB** | **Fine** |
|---|---|---|---|
| **Total:** | $10.00 | None | $1,000.00* |

*$750.00 Suspended Upon Compliance w/All Terms of Unsupervised Probation

Defendant shall pay the fine and special assessment fee by January 1, 2013. If not paid by that date, the Defendant must appear before the Magistrate Judge in Durango, Colorado on January 8, 2013 at 10:00 a.m.

<u>October 2, 2012</u>
Date of Imposition of Judgment

<u>s/David L. West</u>
Signature of Judicial Officer

<u>David L. West, U. S. Magistrate Judge</u>
Name & Title of Judicial Officer

<u>October 2, 2012</u>
Date