**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal Case No.  12-PO-00138-DLW

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. JOY PAIZ,**

**Defendant.**

---

**ORDER RE: DEFENDANT'S REQUEST FOR EXTENSION OF TIME**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has requested a 90 day extension of time to pay her fine and costs in this matter and to complete her useful public service for the reasons set forth in her letter to the Court of December 3, 2012.  The Government has no objections to Defendant's requests, therefore:

**IT IS HEREBY ORDERED** that Defendant shall be granted an extension of time to April 1, 2013 to pay her fine and costs in this matter and this matter is set for a payment review before the Magistrate Judge in Durango, Colorado on April 2, 2013 at 10:00 a.m.  If Defendant has paid in full prior to that date, her appearance will not be required..

**IT IS FURTHER ORDERED** that the Defendant shall be allowed to complete her useful public service in the State of Oregon at a facility approved by the Court and she shall furnish written proof of her completion of same to the Court on or before October 1, 2013.

**DATED: December 18, 2012.**

                                          **BY THE COURT:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**